# EXHIBIT A

El Paso County - 120th District Court

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: _____   **Court** *(FOR CLERK USE ONLY)*: _____

**STYLED** JC & GD INVESTMENT CO., INC.  vs.  HARTFORD FIRE INSURANCE COMPANY

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>THOMAS W. HAMRICK | Email:<br>hamricklaw@gmail.com | Plaintiff(s)/Petitioner(s):<br><br>JC & GD INVESTMENT CO., INC. | ☒Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| Address:<br>5665 ARAPAHO, BLD 1123 | Telephone:<br>214 396 7676 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>DALLAS, TX 75248 | Fax:<br>214 785 2959 | Defendant(s)/Respondent(s):<br><br>HARTFORD FIRE INSURANCE CO., | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature: | State Bar No:<br>08879025 | [Attach additional page as necessary to list all parties] | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

| | Civil | | | Family Law |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-Judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☒Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>  ☐Accounting<br>  ☐Legal<br>  ☐Medical<br>  ☐Other Professional<br>  Liability:<br><br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>  ☐Asbestos/Silica<br>  ☐Other Product Liability<br>  List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>  ☐With Children<br>  ☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>  Pre-indictment<br>☐Other: | ☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other: | ☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |
| **Tax** | | **Probate & Mental Health** | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: | | |

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☒Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

## 4. Indicate damages sought (do not select if it is a family law case):

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☒Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☐Over $1,000,000

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **HARTFORD FIRE INSURANCE COMPANY**, who may be served with process Registered Agent, **CT CORPORATION SYSTEM at 1999 BRIAN STREET, SUITE 900, DALLAS, TX 75201 or wherever he/she may be found.**
Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition for Declaratory Judgment and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **120th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 12th day of May, 2017, by Attorney at Law THOMAS W. HAMRICK, 5665 ARAPAHO, BLD. 1123, DALLAS, TX 75248 in this case numbered **2017DCV1624** on the docket of said court, and styled:

**J.C. & G.D. INVESTMENT COMPANY, INC.**
**VS**
**HARTFORD FIRE INSURANCE COMPANY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition for Declaratory Judgment and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 22nd day of May, 2017.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

By _Arlene Saenz_ Deputy
Arlene Saenz

**ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE**
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

**CERTIFICATE OF DELIVERY BY MAIL**
I hereby certify that on the _____ day of _____, 2017, at _____ I mailed to

_____

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition for Declaratory Judgment and Request for Disclosure attached thereto.

| *NAME OF PREPARER | TITLE |
| --- | --- |
| ADDRESS | |
| CITY | STATE | ZIP |

_____

_____
TITLE

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____
_____ as evidence by Domestic Return Receipt PS Form 3811
attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned
undelivered marked _____.

    This forwarding address was provided:_____


El Paso County, Texas

By:_____
              Deputy District Clerk

OR

_____
       Name of Authorized Person

By:_____


## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

    Before me, a notary public, on this day personally appeared_____, known to me to be the person
whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am
disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and
correct."

Subscribed and sworn to be on this _____ day
of _____, _____.


_____
Notary Public, State of _____
My commission expires:_____

CAUSE NUMBER: 2017DCV1624

AGENT/INDIVIDUAL: Raspberry

ATTY:

FILED
NORMA FAVELA BARCELEAU
DISTRICT CLERK

2017 MAY 19  PM 2: 43

EL PASO COUNTY, TEXAS

BY _____ DEPUTY

☐ SHERIFF   ☐ E-FILE

☐ CAPIAS

☐ CITATION PERSONAL SERVICE

☐ CITATION BY MAIL: ☐ Regular  ☑ Certified

☐ CITATION NON-RESIDENT

☐ CITATION BY ☐ PUBLICATION ☐ POSTING

☐ NTC TO SHOW CAUSE

☐ PROTECTIVE ORDER

☐ SUBPOENA(S)

☐ TRO

☐ OTHER:

☐ PAUPER'S OATH

☐ **RUSH**   APPROVED BY: _____

CLERK ISSUING SERVICE: Ahon Soone

DATE COMPLETED: 05/22/17

RECEIVED BY: J. Castellan

DATE RECEIVED: 5/22/17

Attn: The District Clerk's Office is not responsible for any errors after the request is received by the requesting individual;

Please review your request for accuracy



FILED
NORMA FAVELA BARCELEAU
DISTRICT CLERK

2017 MAY 22  AM 10: 35

EL PASO COUNTY, TEXAS

BY _____
DEPUTY

El Paso County - 120th District Court

Filed 5/12/2017 2:48:05 PM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCV1624

## IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

## _____ JUDICIAL DISTRICT

| | | |
|---|---|---|
| **J.C. & G.D.** | § | |
| **INVESTMENT COMPANY, INC.** | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO. _____** |
| **vs.** | § | |
| | § | |
| **HARTFORD FIRE** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

## PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT AND REQUEST FOR DISCLOSURE

COMES NOW, J.C. & G.D. INVESTMENT COMPANY, INC., Plaintiff and files this Plaintiff's Original Petition for Declaratory Judgment with Request for Disclosure and would show as follows:

### A.
### Discovery Control Plan

1. This is an action seeking declaratory relief. Plaintiff intends to conduct discovery under Level 3. This is a declaratory judgment action and not subject to the rules concerning expedited cases.

### B.
### Parties

2. Plaintiff, J.C. & G.D. INVESTMENT COMPANY, INC., is an corporation holding property in El Paso County, Texas and maintains an office at 320 Texas, 2nd Floor, El Paso, Texas 79902.

3. Defendant HARTFORD FIRE INSURANCE COMPANY (herein, "Defendant") is a corporation licensed to do business in the State of Texas, whose registered agent for service is CT Corporation System, 1999 Brian Street, Suite 900, Dallas, Texas 75201

**C.**
**Jurisdiction and Venue**

4. This Court has jurisdiction and venue as the real property in interest is located in El Paso County, El Paso, Texas.   The contract to be construed covers this real property and performance under the contract is to be performed in El Paso County, El Paso, Texas.

**D.**
**Facts**

5. Plaintiff owns several pieces of property in El Paso, Texas.   Among other properties, 8001 N. Mesa, 8041 N. Mesa, 1430 Vanderbilt and 11180 Rojas , all located in El Paso Texas (hereinafter referred to as the "Properties") are insured under the same policy. Plaintiff purchased the policy from Hartford Fire Insurance Company (policy number 46UUNNG5390) (hereinafter referred to as the "Contract") which covered these Properties, among others, for certain storm related damage.

6. Plaintiff notified Defendant that the Properties sustained hail damage during the policy period.   Plaintiff contends notice was timely.   Defendant opened two claim numbers to address Plaintiff's claims for storm damage to the Properties.   Plaintiff's claim for storm damage to 1430 Vanderbilt Dr., El Paso, Texas and 11180 Rojas Dr., El Paso, Texas was commenced under claim number CP0017123511 (hereinafter referred to as 'Claim One'). A second claim was commenced under CP0017184541 for Plaintiff's claim for storm damage to 8001 N. Mesa Street, El Paso, Texas and 8041 N. Mesa Street, El Paso, Texas

(hereinafter referred to Claim 2) (the two claims are collectively referred to 'Plaintiff's Claims').

7. Defendant inspected the damage and informed Plaintiff of its finding as to the "amount of loss" for each of the four Properties. Plaintiff does not agree with the "amount of loss" for each of the four Properties as determined by Defendant.

8. The Contract contains an appraisal clause should a disagreement arise as to the "amount of loss."

9. On March 24, 2017, Defendant received a copy of Plaintiff's hail damage estimate for each of the four Properties at issue in the lawsuit.

10. On March 24, 2017, Defendant received Plaintiff's request, in writing, that the "amount of loss" for each of the four Properties be determined pursuant to the "appraisal" provision found in the Contract.

11. On April 26, 2017, Defendant, by email, informed Plaintiff that it would not proceed to appraisal. Specifically, Defendant contends that the appraisal process does not apply to coverage denials.

**E.**
**Suit for Declaratory Relief**

12. Plaintiff contends that a justiciable controversy exists as to the whether Defendant must proceed to "appraisal" pursuant to the terms of the Contract between the parties.

13. Plaintiff contends that the declaration would resolve the controversy.

14. Plaintiff contends the controversy is real and substantial and involves a genuine conflict of tangible interest.

15. Plaintiff respectfully requests the Court compel Defendant to proceed to "appraisal" as that process is outlined under the provisions in the Contract.

**F.**
**Attorneys' Fees**

16. Defendant's refusal to proceed to appraisal, as required pursuant to the terms of the Contract between the parties, forced Plaintiff to retain the services of legal counsel to file and prosecute this action.

17. Plaintiff contends that it is just and equitable to require Defendant to pay reasonable and necessary attorneys' fees and costs of suit incurred by Plaintiff in bringing and prosecuting this action.

18. Accordingly, in addition to seeking an order compelling Defendant to appraisal, Plaintiff seeks recovery of reasonable and necessary attorneys' fees and costs of suit incurred by Plaintiff in bringing and prosecuting this action. Plaintiff seeks less than $75,000.00 in total recovery.

**G.**
**Conditions Precedent**

19. All conditions precedent to Plaintiff's claim for relief have been performed or have occurred

**H.**

**Request for Disclosure**

**20.** Pursuant to Rule 194 of the Texas rules of Civil Procedure, Defendant is requested to disclose, within fifty (50) days of service of this request, the information or material described in Texas Rule of Civil Procedure 194.2 (a) – (l).

## I.
## Prayer

21. For these reasons, Plaintiff asks that Defendant be cited to appear and answer and the Court declare that the Defendant is compelled to proceed to appraisal pursuant to terms of the insurance contract between the parties.   In addition, Plaintiff seeks the recovery of reasonable, necessary, equitable and just attorneys' fees, costs of suit and all other relief, in law and in equity, to which Plaintiff may be entitled.

Respectfully submitted,

**Law Office of Thomas W. Hamrick**

*/s/THOMAS W. HAMRICK*
**THOMAS W. HAMRICK**
SBN:  08879025
5665 Arapaho, Bld 1123
Telephone: (214)396-7676
Facsimile: (214) 785-2959
hamricklaw@gmail.com
**Attorney for Plaintiff**

**JOHN P. MOBBS**
SBN:  00784618
7170 Westwind Dr., Ste. 201
El Paso, Texas  79912
Telephone: (915)541-8810
Facsimile:  (915)541-8830
johnmobbs@gmail.com
**Co-Counsel for Plaintiff**

## IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

### ____ JUDICIAL DISTRICT

| | | |
|---|---|---|
| **J.C. & G.D.** | § | |
| **INVESTMENT COMPANY, INC.** | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO. _____** |
| **vs.** | § | |
| | § | |
| **HARTFORD FIRE** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION AND FIRST SET OF INTERROGATORIES TO DEFENDANT

TO:     Defendant, **HARTFORD FIRE INSURANCE COMPANY:**

**COMES NOW, J.C. & G.D. INVESTMENT COMPANY, INC.,** Plaintiff in the above-styled and numbered cause, by and through its attorney of record, Mr. Thomas Hamrick, and attaches the foregoing document to Plaintiff's Original Petition and requests that Defendant file a response to this discovery within 50 days of service.

Respectfully submitted,

**The Law Office of Thomas W. Hamrick**
5665 Arapaho, Bld 1123
Dallas, Texas 75248
(214) 369-7676 Phone
(214) 785-2959 Fax

*/S/ THOMAS W. HAMRICK*
**THOMAS W. HAMRICK**
State Bar No.: 08879025
hamricklaw@gmail.com

## Request for Production No. 1:

Please produce a complete copy of the insurance policy at issue in this lawsuit.

**Response:**

## Interrogatory Number 1:

Is it Defendant's contention that Plaintiff did not comply with all conditions precedent under the policy (policy number 46UUNNG5390)(hereinafter the "Policy")?   Please describe, in general, the conditions precedent Defendant contends have not been met by the Plaintiff.

*Source: TRCP 197.1*

**Answer:**

## Interrogatory No. 2:

If you have denied any of Plaintiff's requests for admissions, please state the factual basis for the denial.

**Answer:**

## Interrogatory No. 3:

Please explain, in general terms, why Defendant refused to proceed to appraisal on Claim Numbers CP0017184541 and CP001712351.

*Source: TRCP 197.1*

**Answer:**

**Interrogatory No. 4:**

Please identify Defendant's trial witnesses (fact and expert).

*Source: TRCP 192.3(d)*

**Answer:**


**Interrogatory No. 5:**

Please identify which of Defendant's employees made the decision not to proceed to appraisal on Claim Numbers CP0017184541 and CP001712351.

**Answer:**


**Request for Production No. 2:**

Please produce a copy of any correspondence or entries in the claims file for Claim Numbers CP0017184541 and CP001712351 that relate to appraisal.

**Response:**


**Request for Production No. 3:**

Please produce a copy of all correspondence between Plaintiff and Defendant concerning Claim Numbers CP0017184541 and CP001712351.
**Response:**


**Request for Production No. 4:**

Please produce a complete copy of all correspondence (including emails, faxes and text messages) between Larry Shashy and Defendant relating to appraisal of Claim Numbers CP0017184541 and CP001712351.
**Response:**

## Request for Production No. 5:

Please produce Defendant's claim file for Claim Numbers CP0017184541 and CP001712351.

**Response:**


## Request for Production No. 6:

Please produce all documents, electronic information, and tangible items that Defendant has in its possession, custody, or control and may use to support its claims and defenses.

**Response:**

# IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

## _____ JUDICIAL DISTRICT

| | | |
|---|---|---|
| **J.C. & G.D.** | § | |
| **INVESTMENT COMPANY, INC.** | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO.** _____ |
| **vs.** | § | |
| | § | |
| **HARTFORD FIRE** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

### PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

TO:    Defendant, **HARTFORD FIRE INSURANCE COMPANY:**

**COMES NOW, J.C. & G.D. INVESTMENT COMPANY, INC.,** Plaintiff in the above-styled and numbered cause, by and through its attorney of record, Mr. Thomas Hamrick, and attaches the foregoing document to Plaintiff's Original Petition and requests that Defendant file a response to this discovery within 50 days of service.

Respectfully submitted,

**The Law Office of Thomas W. Hamrick**
5665 Arapaho, Bld 1123
Dallas, Texas 75248
(214) 369-7676 Phone
(214) 785-2959 Fax

_/S/ THOMAS W. HAMRICK_

**THOMAS W. HAMRICK**
State Bar No.:  08879025
hamricklaw@gmail.com

Please admit or deny the following:

1.  **J.C. & G.D. INVESTMENT COMPANY, INC.** (hereinafter referred to as "Plaintiff") purchased an insurance policy (policy number 46UUNNG5390) (hereinafter referred to as the "Policy") from **HARTFORD FIRE INSURANCE COMPANY** (hereinafter referred to as "Defendant").

**RESPONSE:**

2.  The Policy at issue in this lawsuit is policy number 46UUNNG5390.

**RESPONSE:**

3.  The Policy insures real property located at 1430 Vanderbilt Dr., El Paso, Texas.
**RESPONSE:**

4.  The Policy insures real property located at 11180 Rojas Dr., El Paso, Texas.
**RESPONSE:**

5.  The Policy insures real property located at 8001 N. Mesa Street, El Paso, Texas.
**RESPONSE:**

6.  The Policy insures real property located at 8041 N. Mesa Street, El Paso, Texas.
**RESPONSE:**

7.  Plaintiff timely established a claim with Defendant for hail related damage to both the 1430 Vanderbilt Dr., El Paso, Texas and 11180 Rojas Dr., El Paso, Texas properties (hereinafter referred to as collectively as the "Claim One").

**RESPONSE:**

8.  Plaintiff provided Defendant with an estimate of damages for hail related damage to both the 1430 Vanderbilt Dr., El Paso, Texas and 11180 Rojas Dr., El Paso, Texas properties.

**RESPONSE:**

9.  Plaintiff timely established a claim with Defendant for hail related damage to both the 8001 N. Mesa Street, El Paso, Texas and 8041 N. Mesa Street, El Paso, Texas properties (hereinafter referred to as collectively as the "Claim Two").

**RESPONSE:**

10. Plaintiff provided Defendant with an estimate of damages for hail related damage to both the 8001 N. Mesa Street, El Paso, Texas and 8041 N. Mesa Street, El Paso, Texas properties.

**RESPONSE:**

11. Claim One was commenced under Defendant's claim number CP0017123511.

**RESPONSE:**

12. Claim Two was commenced under Defendant's claim number CP0017184541.

**RESPONSE:**

13. On or about March 24, 2017, Defendant received Plaintiff's request, in writing, that the "amount of loss" for Claim One be determined pursuant to the "appraisal" provision found in the Contract.

**RESPONSE:**

14. On or about March 24, 2017, Defendant received Plaintiff's request, in writing, that the "amount of loss" for Claim Two be determined pursuant to the "appraisal" provision found in the Contract.

**RESPONSE:**

15. The Policy contains an appraisal clause.

**RESPONSE:**

16. Plaintiff appointed Larry Shashy as its appraiser for both Claim One and Two.

**REPONSE:**

17. Defendant refused to proceed to appraisal on Claim One.

**REPONSE:**

18. Defendant refused to proceed to appraisal on Claim Two.

**REPONSE:**

19. On April 26, 2017, Defendant in writing objected to Plaintiff's request to proceed to appraisal.

**RESPONSE:**

20. The amount of the loss at issue in claim number CP0017123511 has not been appraised.

**RESPONSE:**

21. The amount of the loss at issue in claim number CP0017184541 has not been appraised.

**RESPONSE:**

22. Plaintiff has requested the amount of the loss at issue in claim number CP0017123511 be subjected to the appraisal process.

**RESPONSE:**

23. Plaintiff has requested the amount of the loss at issue in claim number CP0017184541 be subjected to the appraisal process.

**RESPONSE:**

24. Prior to Plaintiff filing this lawsuit, Defendant refused to proceed with the appraisal of claim number CP0017123511.

**RESPONSE:**

25. Prior to Plaintiff filing this lawsuit, Defendant refused to proceed with the appraisal of claim number CP0017184541.

**RESPONSE:**

26. Plaintiff paid all necessary premiums such that Plaintiff's Policy was in force on the purported date of loss for claim number CP0017123511.

**RESPONSE:**

27. Plaintiff paid all necessary premiums such that Plaintiff's Policy was in force on the purported date of loss for claim number CP0017184541.

**RESPONSE:**

## RETURN OF SERVICE

Delivery was completed on ___MAY 31, 2017___, delivered to ___HARTFORD FIRE INSURANCE___ ___Company's AGENT FOR SERVICE___ as evidence by Domestic Return Receipt PS Form 3811 attached hereto.

The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

This forwarding address was provided:_____

El Paso County, Texas

By:_____
Deputy District Clerk

OR                                EXP 2·28·2019

___Justiss Cannon Rasberry Sci 2252___
Name of Authorized Person

By_____

2017 JUN -6 PM 2: 18
EL PASO COUNTY, TEXAS
BY ___ DEPUTY
FILED
NORMA FAVELA BARCELEAU

## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

Before me, a notary public, on this day personally appeared ___Justiss Cannon Rasberry___ known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fast and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this __6__ day of ___JUNE___, ___2017___.

_____
Notary Public, State of ___TEXAS___
My commission expires: ___11-5-2017___

FREDERICK M VECK
My Commission Expires
November 5, 2017

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **HARTFORD FIRE INSURANCE COMPANY**, who may be served with process Registered Agent, **CT CORPORATION SYSTEM at 1999 BRIAN STREET, SUITE 900, DALLAS, TX 75201 or wherever he/she may be found.**
Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition for Declaratory Judgment and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **120th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 12th day of May, 2017, by Attorney at Law THOMAS W. HAMRICK, 5665 ARAPAHO, BLD. 1123, DALLAS, TX 75248 in this case numbered **2017DCV1624** on the docket of said court, and styled:

**J.C. & G.D. INVESTMENT COMPANY, INC.**
**VS**
**HARTFORD FIRE INSURANCE COMPANY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition for Declaratory Judgment and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 22nd day of May, 2017.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

_Arlene Saenz_ , Deputy
Arlene Saenz

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the 23 day of _MAY_, 2017, at _5:00_ I mailed to _HARTFORD FIRE INSURANCE COMPANY_'s _AGENT FOR SERVICE_

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition for Declaratory Judgment and Request for Disclosure attached thereto.

_Justice Gordon Rosberry SO/8256 EXP_  2-28-2019
_PROCESS SERVER_
TITLE

| *NAME OF PREPARER | | TITLE |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

DALLAS, TX 75201 **OFFICIAL USE**

| Certified Mail Fee | $3.35 | |
| --- | --- | --- |
| $ | | 0100 |

Extra Services & Fees *(check box, add fee as appropriate)*
| | | |
| --- | --- | --- |
| ☐ Return Receipt (hardcopy) | $ | $2.75 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |

| Postage | $6.65 |
| --- | --- |
| $ | |

| Total Postage and Fees | $12.75 |
| --- | --- |
| $ | |

Sent To   CT CORP FOR HARTFORD FIRE
Street and Apt. No., or PO Box No.   1999 BLYTH ST. STE 600
City, State, ZIP+4®   DALLAS TX 75201



10NNTOWN STATION
MAY 26 2017
Postmark Here
EL PASO, TX
05/26/2017

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 0640 0001 6215 7460

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: GICOOP SYSTEM
AGENT FOR
HARTFORD FIRE INSURANCE CO
1999 Bryan St. Ste. 900
Dallas, TX 75201

2. Article Number (Transfer from service label)

7015 0640 0001 6516 7460

9590 9403 0541 5173 8845 00

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    Chris Wells

MAY 3 0 2017 (Date of Delivery)

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

UNITED STATES POSTAL SERVICE TEXAS TX PAGE

DALLAS TX 750

31 MAY 2017 PM 4



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

*Rasberry & Associates*
*Certified Court Reporters and Process Servers*
*420 East San Antonio, Second Floor*
*El Paso, Texas 79901*

USPS TRACKING#

9590 9403 0541 5173 8845 00