IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| J.C. & G.D. INVESTMENT COMPANY, INC., § | | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | EP-17-CV-201-PRM |
| | § | |
| HARTFORD FIRE | § | |
| INSURANCE COMPANY, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED.**

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

FINALLY, IT IS ORDERED that the Clerk shall **CLOSE** this case.

SIGNED this **27th day** of **July, 2017**.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE